IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILLIP ANDERSON,

        Plaintiff,

   v.

CITY OF PHILADELPHIA, et al.,

        Defendants.

CIVIL ACTION
NO. 11-4623

## ORDER

**AND NOW**, this 14th day of March 2013, upon consideration of Plaintiff's Bill of Costs (Doc. No. 39), Plaintiff's Motion for an Award of Attorney's Fees and Interest (Doc. No. 40), Defendants' Response in Opposition (Doc. No. 41), Plaintiff's Supplemental Memorandum (Doc. No. 51), and Defendants' Supplemental Memorandum in Opposition (Doc. No. 52), it is **ORDERED** that:

1.    Plaintiff's Motion for an Award of Attorney's Fees and Interest (Doc. No. 40) is **DENIED**.

2.    Plaintiff is awarded $1,800 in costs as requested in the Bill of Costs (Doc. No. 39) and Supplemental Memorandum (Doc. No. 51).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.